UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

MHU HOLDINGS, LLC                  :

        Plaintiff,           :

   -against-                      :  08 Civ. (  )

ARES FUNDING LLC,                  :

        Defendant.           :

- - - - - - - - - - - - - - - x

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff MHU Holdings, LLC, through its undersigned attorneys, states that it is not a corporation and is not a subsidiary of any publicly held corporation.  No publicly held corporation owns 10 percent or more of the interests in Plaintiff MHU Holdings, LLC .

Dated: New York, New York
July 7, 2008

By: _____
    Mitchell A. Karlan (MK-4413)

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Attorneys for Plaintiff
MHU Holdings, LLC