IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MHU HOLDINGS, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>ARES FUNDING, LLC,<br><br>          Defendant. | Case No. 08 Civ. 6179 (RJH)<br><br>ECF Filed |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kevin S. Reed of Quinn Emanuel Urquhart Oliver & Hedges, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of plaintiff MHU Holdings, LLC in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       July 24, 2008

                              By: /s/ Kevin S. Reed
                                  Kevin S. Reed
                                  Quinn Emanuel Urquhart Oliver &
                                  Hedges LLP
                                  51 Madison Avenue, 22nd Floor
                                  New York, New York  10010
                                  Tel:   (212) 849–7000
                                  Fax:   (212) 849–7100
                                  Email: *kevinreed@quinnemanuel.com*

                                  *Attorney for Plaintiff MHU Holdings, LLC*