

**QUINN EMANUEL** trial lawyers | new york

WRITER'S DIRECT DIAL NO.
(212) 849-7160

WRITER'S INTERNET ADDRESS
kevinreed@quinnemanuel.com



RECEIVED
JUL 24 2008
CHAMBERS OF
RICHARD J. HOLWELL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08

July 24, 2008

**BY FACSIMILE**

Hon. Richard J. Holwell
United States District Judge
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

Re:   *MHU Holdings, LLC v. Ares Funding, LLC*, No. 08 Civ. 6179

Dear Judge Holwell:

This firm has just been retained by Plaintiff MHU Holdings, LLC ("MHU") in the above referenced action. A copy of the ECF notice of appearance we filed today is attached to this letter. We have been sent a copy of the letter submitted to the Court yesterday by defendant Ares Funding LLC ("Ares"), which asks your Honor to dismiss this action without prejudice unless MHU indicates its intentions with respect to a preliminary injunction by close of business today. We respectfully request that the Court permit us one week from today to review the issues raised in Ares's letter and submit a response to the Court.

Respectfully submitted,

*Kevin Reed*

Kevin S. Reed

SO ORDERED

*[signature]*
USDJ
7/24/08

cc:   Mitchell A. Karlan, Esq. (via email to mkarlan@gibsondunn.com)
      Claire Huene, Esq. (via email to chuene@mw-law.com)