IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MHU HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ARES FUNDING, LLC,<br><br>Defendant. | Case No. 08 Civ. 6179 (RJH)<br><br>ECF Filed |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses the above-captioned action voluntarily and without prejudice.

Dated: New York, New York
      July 31, 2008

By: _____
Kevin S. Reed
Quinn Emanuel Urquhart Oliver &
Hedges LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel:  (212) 849–7000
Fax:  (212) 849–7100
Email: *kevinreed@quinnemanuel.com*

*Attorney for Plaintiff MHU Holdings, LLC*

---

The clerk of the court is directed to close this case.

SO ORDERED:
Date: 8/1/08
Richard J. Holwell, U.S.D.J.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08